AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODERICK JACKSON,

       Plaintiff,　　　　　　　　JUDGMENT IN A CIVIL CASE

      V.　　　　　　　　　　　　CASE NUMBER: CV 124-101

EUGENIA HARRISON,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 9, 2024, the Court overrules Plaintiff's objections, adopts the Magistrate Judge's Report and Recommendation as it's opinion, and dismisses this case without prejudice as a sanction for Plaintiff's abuse of the judicial process. This case stands closed.

10/9/2024　　　　　　　　　　　　　　John E. Triplett, Clerk of Court
*Date*　　　　　　　　　　　　　　　　*Clerk*

　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/2020